**Daniel ALLEN, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2009–3240.

United States Court of Appeals, Federal Circuit.

Sept. 28, 2009.

Rehearing Denied March 8, 2010.

Daniel Allen, Canon City, CO, pro se.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.